Matter of Attorneys in Violation of Judiciary Law § 468-a. (Chatterjee) (2020 NY Slip Op 00664)

Matter of Attorneys in Violation of Judiciary Law 468-a. (Chatterjee)

2020 NY Slip Op 00664

Decided on January 30, 2020

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 30, 2020

PM-27-20

[*1]In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Sohini Chatterjee, Respondent. (Attorney Registration No. 4296125.)

Calendar Date: December 30, 2019

Before: Egan Jr., J.P., Clark, Devine, Pritzker and Colangelo, JJ., concur.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.
Sohini Chatterjee, New York City, respondent pro se.

Motion by respondent for an order reinstating her to the practice of law following her suspension by May 2019 order of this Court (Matter of Attorneys in Violation of Judiciary Law § 468-a, 172 AD3d 1706, 1715 [2019]; see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.16; Rules of App Div, 3d Dept [22 NYCRR] § 806.16).
Upon reading respondent's notice of motion and affidavit with exhibits sworn to November 11, 2019, the December 23, 2019 responsive correspondence from the Attorney Grievance Committee for the Third Judicial Department and respondent's supplemental affidavit sworn to January 9, 2020, and having determined, by clear and convincing evidence, that (1) respondent has complied with the order of suspension and the Rules of this Court, (2) respondent has the requisite character and fitness to practice law, and (3) it would be in the public interest to reinstate respondent to the practice of law (see Matter of Attorneys in Violation of Judiciary Law § 468-a [Zerdan], 173 AD3d 1602, 1603 [2019]; Matter of Attorneys in Violation of Judiciary Law § 468-a [Serbinowski], 164 AD3d 1049, 1051 [2018]), it is
ORDERED that respondent's motion for reinstatement is granted; and it is further
ORDERED that respondent is reinstated as an attorney and counselor-at-law, effectively immediately.
Egan Jr., J.P., Clark, Devine, Pritzker and Colangelo, JJ., concur.